HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES EDWARD LINCOLN, III

Plaintiff,

v.

DELTA FUNDING CORPORATION, et al.,

Defendants.

Case No. C10-5224RBL

ORDER GRANTING DISMISSAL

THIS MATTER is before the court on Defendants' Motion to Dismiss [Dkt. #7]. Defendants claim that Plaintiff's complaint is largely unintelligible, and that, to the extent it seeks to avoid foreclosure in some other forum based on "show me the note" arguments, ineffectual as a matter of law. Also pending is Plaintiff's Fed. R. Civ. P. 41(a) Motion to Dismiss [Dkt. #14]. Plaintiff explains that he no longer owns the property at issue. Nevertheless, he seeks a dismissal without prejudice. He has not otherwise substantively responded to the Defendants' Motion.

The Defendants' Motion is Granted, and the Plaintiff's Compliant is DISMISSED WITH PREJUDICE. All other pending Motions are DENIED as moot.

ORDER
Page - 1

1  IT IS SO ORDERED.

2     Dated this 30th day of August, 2010.

                            _____
                            RONALD B. LEIGHTON
                            UNITED STATES DISTRICT JUDGE